**Opinion issued April 18, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-12-00948-CV

————————————

## MEMORIAL HERMANN HOSPITAL SYSTEM, Appellant

## V.

## GLORIA RAMOS, Appellee

On Appeal from the 281st District Court
Harris County, Texas
Trial Court Case No. 2011-35745

## MEMORANDUM OPINION

Appellant, Memorial Hermann Hospital System ("MHHS"), has filed a motion to dismiss its appeal, indicating that the parties have settled the underlying dispute, and appellee, Gloria Ramos, agrees to the dismissal. *See* TEX. R. APP. P.

10.3(a)(2), 42.1(a)(1). Appellant further states that both parties have agreed to bear their own attorney's fees and costs of appeal. *See* TEX. R. APP. P. 42.1(d). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant MHHS's motion and dismiss the appeal, with costs taxed against the party who incurred the same. *See* TEX. R. APP. P. 42.1(a)(1), (d).

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.